DENNIS M. PRINCE
Nevada Bar No. 5092
PRINCE | KEATING
9130 West Russell Road
Suite 200
Las Vegas, Nevada 89117
(702) 228-6800 Phone
(702) 228-0443 Facsimile
Attorney for Plaintiff
*Progressive Gulf Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE GULF INSURANCE COMPANY, an Ohio corporation, | CASE NO.:2:05-CV-1067-RFB-PAL |
| Plaintiff, | U.S.C.A. No. 09-16487 |
| vs. | |
| RANDALL K. FAEHNRICH, individually and as natural parent and/or legal guardian of RANDY FAEHNRICH and CHRISTIAN FAEHNRICH, minors; TONI A. FAEHNRICH, individually and as natural Parent and/or legal guardian of RANDY FAEHNRICH and CHRISTIAN FAENRICH, minors; DOES I through X; ROE BUSINESS ENTITIES I through X; inclusive, | <u>ORDER RE SUMMARY JUDGMENT</u> |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on May 7, 2014, issued its judgment Reversing and Remanding the judgment of the District Court for entry of summary judgment in favor of Plaintiff Progressive Gulf Insurance Company, and the Court being fully advised in the premises,

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

1 of 2

1   IT IS HEREBY ORDERED that Plaintiff, Progressive Gulf Insurance Company's Motion For

2   Summary Judgment is GRANTED.

3   IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Judgment is hereby entered

4

5   in favor of Plaintiff Progressive Gulf Insurance Company and against Defendants.

6   DATED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PRINCE | KEATING

/s/ Dennis M. Prince
DENNIS M. PRINCE
Nevada Bar No. 5092
3230 South Buffalo Drive
Suite 108
Las Vegas, Nevada  89117
Attorney for Plaintiff
*Progressive Gulf Insurance Company*

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

2 of 2